AO 442 (Rev. 01/09, MD 6/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

RECEIVED
U.S. MARSHAL
BALTIMORE, MD

2009 AUG 27 P 2:50

United States of America
v.

MORGAN CHINEDU AJONUMA
*Defendant*

Case No. CCB-09-CR-0461

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)    MORGAN CHINEDU AJONUMA

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE HEROIN

Date: 8/27/09

*By: Deputy Clerk*

City and state: Baltimore, Maryland

Felicia C. Cannon, Clerk, U.S. District Court
*Name and Title of Issuing Officer*

---

**Return**

This warrant was received on (date) _January 27 2026_ and the person was arrested on (date) _1-27-26_
at (city and state) _Atlanta GA_
Date: _1/27/06_

*Arresting officer's signature*

_Jeremy ___ DPV.
*Printed name and title*

AO 442 (Rev. 01/09, MD 6/09) Arrest Warrant (Page 2)